## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KASHIF FAHEEM DANIEL, *et al.*,           :
    Plaintiff,                              :
                                            :
v.                                        :       **CIVIL ACTION NO. 26-CV-1593**
                                            :
PHILADELPHIA LEGAL                        :
ASSISTANCE ORG,                           :
    Defendant.                              :

## ORDER

AND NOW, this 30th day of April, 2026, upon consideration of Plaintiff Kashif Faheem

Daniel and Shazia Gill's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1) and

Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE** for failure to

state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Plaintiffs' state law claims are

**DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons

stated in the Court's Memorandum.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Hon. Kelley B. Hodge**
**KELLEY BRISBON HODGE, J.**